IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02297-PAC-MEH

DEBORAH M. HATTENDORF,

    Plaintiff(s),

v.

THE COMMUNITY HOSPITAL ASSOCIATION,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

On April 10, 2006, the parties filed a Stipulated Motion to Dismiss with Prejudice (doc. 24).  After careful review of the motion and the file, the court has concluded that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the Stipulated Motion to Dismiss with Prejudice dated April 10, 2006 (doc. 24) is granted; and

2.  That this action is dismissed with prejudice with each party to pay her or its own costs and fees.

Dated April 12, 2006, at Denver, Colorado.

                                                BY THE COURT:

                                                <u>s/ Patricia A. Coan</u>
                                                Patricia A. Coan
                                                United States Magistrate Judge